**CONSENT TO JOIN**

- I, Joseph Cate (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 01/06/2025 Signature: ____________

**CONSENT TO JOIN**

- I, Julianne Herzfeldt (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 01/05/2025 Signature: ____________________

## CONSENT TO JOIN

- I, Mattlock Russell (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 01/02/2025 Signature: [signature]

## CONSENT TO JOIN

- I, Kenneth Quinn (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/27/2024 Signature: ____________

## CONSENT TO JOIN

- I, Christopher Hager (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/27/2024 Signature: [signature]

## CONSENT TO JOIN

- I, Jared Spencer (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/20/2024 Signature: [signature]

## CONSENT TO JOIN

- I, Brian Wall (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/19/2024 Signature: [signature]

**CONSENT TO JOIN**

- I, Caleb Heath (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/19/2024 Signature: ____________________

## CONSENT TO JOIN

- I, David Triplett (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/18/2024 Signature: ____________________

## CONSENT TO JOIN

- I, Samuel Curtis (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 12/18/2024 Signature: ____________________

Date: January 6, 2025.

Respectfully Submitted,

*/s/ J. Russ Bryant*
J. Russ Bryant (TN BPR #33830)
**JACKSON SHIELDS YEISER HOLT OWEN & BRYANT**
Attorneys at Law
262 German Oak Drive
Memphis, Tennessee 38018
Tel: (901) 754-8001
Fax: (901) 759-1745
*rbryant@jsyc.com*

*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on this the 6th day of January, 2025. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt and listed below. Parties may access this filing through the Court's electronic filing system.

Howard B. Jackson
**FORDHARRISON LLP**
150 3rd Avenue South, Suite 2010
Nashville, TN 37201
Phone: 615-574-6702
Fax: 615-574-6701
Email: hjackson@fordharrison.com

*s/J. Russ Bryant*