## CONSENT TO JOIN

- I, Jeanne Sangster (print name), consent to join the lawsuit *Manning v. University Health System, Inc.*, 3:24-cv-00164 (E.D. Tenn.) seeking damages for unpaid overtime under Federal law.

- I am similarly situated to the Named Plaintiff in this matter because I performed similar duties and was not paid all overtime pay I earned, including time I was not paid for automatically deducted meal breaks.

- I authorize the Named Plaintiff to file and prosecute the above-referenced matter in my name, and on my behalf, and designate the Named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution (settlement) of my claims and entering in a fee agreement with Plaintiff's Counsel, and I understand I will be bound by such decisions.

- I agree to be represented by Russ Bryant, Esq. and Jackson Shields Holt Owen & Bryant, counsel for Named Plaintiff.

- If my consent form is stricken for any reason, I authorize Plaintiff's Counsel to use this consent form to file in a separate or related action.

DATE: 01/31/2025 Signature: ____________________

## CERTIFICATE OF SERVICE

I hereby certify that on January 31, 2025, a copy of the foregoing was served electronically via the Court's CM/ECF system upon all parties of record.

*s/J. Russ Bryant*
J. Russ Bryant