**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TENNESSEE**
**AT KNOXVILLE**

| | | |
|---|---|---|
| GREG MANNING, | ) | |
| | ) | |
| *Plaintiff*, | ) | Case No. 3:24-cv-164 |
| | ) | |
| v. | ) | Judge Atchley |
| | ) | |
| UNIVERSITY HEALTH SYSTEM, INC., | ) | Magistrate Judge Poplin |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

# JUDGMENT

In accordance with the contemporaneously filed Order, the parties' Joint Motion to Approve Settlement [Doc. 49] is **GRANTED**. The Court **APPROVES** the parties' settlement, and this action is **DISMISSED WITH PREJUDICE**. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

*/s/ Charles E. Atchley, Jr.*
**CHARLES E. ATCHLEY, JR.**
**UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT:
*/s/ LeAnna R. Wilson*
CLERK OF COURT